IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. HALL,<br><br>        Defendant. | No.  2:24-CV-2395-DMC-P<br><br>ORDER<br><br>and<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The Court's record reflect that Plaintiff is proceeding in another action in this Court based on virtually identical allegations.  See <u>Morgan v. Espinoza, et al.</u>, Eastern Dist. Cal. case no. 2:23-cv-1955-DAD-DMC-P.[1]  Due to the duplicative nature of the present action, the Court will recommend that it be dismissed without prejudice.  See Fed. R. Civ. P. 41(b); <u>see also</u> <u>Adams v. Cal. Dep't of Health Servs.</u>, 487 F.3d 684, 688-89 (9th Cir. 2007) (plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant); <u>overruled on other grounds by Taylor v. Sturgell</u>, 553 U.S. 880, 904 (2008); <u>Higgins v. Medina</u>, 2007 WL 4258362, at *1 (E.D. Cal. Dec.

---

[1] The Court may take judicial notice of court records.  See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

3, 2007) (dismissing complaint as duplicative of complaint filed in separate action).

Based on the foregoing, the undersigned recommends orders and recommends as follows:

1. It is hereby ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case.

2. It is RECOMMENDED that this action be dismissed without prejudice to Plaintiff's ability to pursue his claims in Morgan v. Espinoza, et al., E.D. Cal. case no. 2:23-cv-1955-DAD-DMC-P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE