IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMIKE MORGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>J. HALL,<br><br>        Defendant. | No. 2:24-CV-2395-DC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's October 18, 2024, findings and recommendations. See ECF No. 10. Good cause appearing therefore based on Plaintiff's declaration indicating the need for additional time due to a recent separation from his legal material while he was on out-to-court status, Plaintiff's motion will be granted.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. The parties may file objections to the Court's October 18, 2024, findings and recommendations within 30 days of the date of this order.

Dated: November 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE