UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>          Plaintiff,<br><br>   v.<br><br>J. HALL,<br><br>          Defendant. | No. 2:24-cv-02395-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

Plaintiff Mike Morgan is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice because it is duplicative of *Morgan v. Espinoza, et al.*, No. 2:23-cv-01955-DAD-DMC. (Doc. No. 9.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.)

On November 18, 2024, Plaintiff filed a motion for an extension of time to file objections to the pending findings and recommendations. (Doc. No. 10.) On November 26, 2024, the magistrate judge granted Plaintiff's motion for an extension of time, providing the parties with an additional 30 days to file objections to the pending findings and recommendations. (Doc. No. 11.)

1

To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 18, 2024 (Doc. No. 9) are ADOPTED in full;
2. This action is dismissed without prejudice to Plaintiff's ability to pursue his claims in *Morgan v. Espinoza, et al.*, No. 2:23-cv-01955-DAD-DMC (E.D. Cal.); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2025**

Dena Coggins
United States District Judge

2